UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter   7 |
| **Rudolf Frank Fabian** | ) | Bankruptcy Case No. |
| **Lisa Fabian** | ) | |
| Debtor(s) | ) | |

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

**PART I - DECLARATION OF PETITIONER**        Date: _____
A.        To be completed in all cases.

I(We) **Rudolf Frank Fabian** and **Lisa Fabian**, the undersigned debtor, corporate officer, partner, or member, hereby declare under penalty of perjury that the information I have given my attorney, including correct social security number and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the Chapter 7 Filing Fee, is true and correct. I consent to my attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I understand that this DECLARATION must be filed with the Clerk in addition to the petition. I understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.        To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑        I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.        To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐        I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____        Signature: _____
Rudolf Frank Fabian                                      Lisa Fabian
(Debtor or Corporate Officer, Partner or Member)                (Joint Debtor)

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fabian, Rudolf, Frank** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Fabian, Lisa,** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): **3730** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more<br>than one, state all): **6407** |
| Street Address of Debtor (No. & Street, City, and State):<br>**16401 Blair Lane**<br>**Oak Forest, IL**<br>ZIP CODE **60452** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**16106 South 84th Place**<br>**Tinley Park, IL**<br>ZIP CODE **60487** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                          Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☑ Debts are primarily consumer      ☐ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rudolf Frank Fabian, Lisa Fabian** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

❑   Exhibit A is attached and made a part of this petition.
</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     Date
**George P Galanos**                    **11556-45**
</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❑   Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Rudolf Frank Fabian, Lisa Fabian |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Rudolf F. Fabian_
Signature of Debtor   **Rudolf Frank Fabian**

X _Lisa Fabian_
Signature of Joint Debtor **Lisa Fabian**

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney**

X _[signature]_
Signature of Attorney for Debtor(s)

**George P Galanos  Bar No. 11556-45**
Printed Name of Attorney for Debtor(s) / Bar No.

**George P Galanos**
Firm Name

**Attorney at Law 700 West Washington Street**
Address

 **Suite #700  Chicago, Illinois  60602**

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re:   **Rudolf Frank Fabian   Lisa Fabian**                              Case No. _____
                    Debtor(s)                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

      ❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    *Rudolf F. Fabian*
                         **Rudolf Frank Fabian**

Date:

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re:   **Rudolf Frank Fabian   Lisa Fabian**                          Case No. _____
                    Debtor(s)                                                                        (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

     ☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

     **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:                                             
                            Lisa Fabian

Date:                          

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In re **Rudolf Frank Fabian    Lisa Fabian**                          Case No. _____

                                    Debtors

                                                                     Chapter    **7**    _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        170,000.00 | | |
| B - Personal Property | YES | 3 | $         50,133.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        202,453.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          5,618.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $         57,057.87 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $          3,774.03 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $          4,135.40 |
| TOTAL | | 26 | $        220,133.00 | $        265,129.47 | |

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Rudolf Frank Fabian   Lisa Fabian**

Debtors

Case No. _____

Chapter   **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 5,618.60 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 5,618.60 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,774.04 |
| Average Expenses (from Schedule J, Line 18) | $ 4,135.40 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 6,027.63 |

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re  **Rudolf Frank Fabian    Lisa Fabian**

Debtors

Case No. _____

Chapter  **7** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 5,618.60 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $57,057.87 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $57,057.87 |

B6A (Official Form 6A) (12/07)

In re:   **Rudolf Frank Fabian   Lisa Fabian**                                          Case No. _____
                                                                                                                    (If known)
                        **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1600 Marquette Road, Joliet, Will County, Illinois** | **Fee Owner** | **W** | **$ 170,000.00** | **$ 160,000.00** |

                                                **Total**    ➤    **$ 170,000.00**
                                                                          (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Rudolf Frank Fabian   Lisa Fabian**_____,    Case No. _____
                              **Debtors**                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **money** | | 75.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account @ First Midwest Bank - joint with Mother -- checking** | | 500.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Midwest Bank -- checking** | | 300.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Midwest Bank -- Savings** | | 15.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **furnishings** | | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **clothes** | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **misc sporting goods** | | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Wife's Life Insurance Policy with employer** | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Illinois Municipal Retirement Fund** | | 0.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **John Hancock The Trustees of County of Will Section 457 Deferred Compensation Paln #22128** | | 790.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Rudolf Frank Fabian  Lisa Fabian**                        Case No. _____

                                    **Debtors**                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Olds Alero with 130000 miles | | 1,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Chevy Avalange | | 13,210.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Buick Terraza | | 12,428.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chevy Impala | | 16,815.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Rudolf Frank Fabian   Lisa Fabian**                    ,                 Case No. _____
                                    **Debtors**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_  continuation sheets attached                    Total ➤                    $ 50,133.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re   **Rudolf Frank Fabian   Lisa Fabian**                                   Case No. _____
_____                                        (If known)
                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1600 Marquette Road, Joliet, Will County, Illinois | 735 ILCS 5/12-901 | 10,000.00 | 170,000.00 |
| 2001 Olds Alero with 130000 miles | 735 ILCS 5/12-1001(c) | 1,500.00 | 1,500.00 |
| 2002 Chevy Avalange | 735 ILCS 5/12-1001(c) | 0.00 | 13,210.00 |
| 2005 Buick Terraza | 735 ILCS 5/12-1001(b) | 0.00 | 12,428.00 |
| 2007 Chevy Impala | 735 ILCS 5/12-1001(c) | 0.00 | 16,815.00 |
| Bank Account @ First Midwest Bank - joint with Mother -- checking | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| clothes | 735 ILCS 5/12-1001(a),(e) | 500.00 | 500.00 |
| First Midwest Bank -- checking | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| NONE | 735 ILCS 5/12-1001(b) | 15.00 | 15.00 |
| furnishings | 735 ILCS 5/12-1001(b) | 3,500.00 | 3,500.00 |
| Illinois Municipal Retirement Fund | §40 ILCS 5/19-117 | 0.00 | 0.00 |
| | 735 ILCS 5/12-1006 | 0.00 | |
| John Hancock The Trustees of County of Will Section 457 Deferred Compensation Paln #22128 | 735 ILCS 5/12-704 | 790.00 | 790.00 |
| misc sporting goods | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| money | 735 ILCS 5/12-1001(b) | 75.00 | 75.00 |
| Wife's Life Insurance Policy with employer | 735 ILCS 5/12-1001(f) | 0.00 | 0.00 |

B6D (Official Form 6D) (12/07)

In re  **Rudolf Frank Fabian    Lisa Fabian**                                    ,          Case No. _____

                                   **Debtors**                                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10525914292705<br><br>Chase<br>P.O.Box 78067<br>Phoenix, AZ  85062-8067 | | J | 06/01/2007<br>**Security Agreement**<br>**2002 Chevy Avalange**<br><br>**VALUE $13,210.00** | | | | 13,210.00 | 0.00 |
| ACCOUNT NO.  2004819113-2<br><br>CIT Mortgage<br>P.O. Box 183040<br>Columbus, OH  43218-3040 | | J | 11/09/2007<br>**Mortgage**<br>**1600 Marquette Road, Joliet, Will**<br>**County, Illinois**<br><br>**VALUE $170,000.00** | | | | 160,000.00 | 0.00 |
| ACCOUNT NO.  154-9112-13254<br><br>GMAC Auto<br>P.O.Box 9001951<br>Louisville, KY  40290 | | J | 06/01/2007<br>**Security Agreement**<br>**2007 Chevy Impala**<br><br>**VALUE $16,815.00** | | | | 16,815.00 | 0.00 |
| ACCOUNT NO.<br><br>Total Finance, LLC<br>2917 West Irving Park Road<br>Chicago, IL  60618-3511 | | W | 03/19/2009<br>**Security Agreement**<br>**2005 Buick Terraza**<br><br>**VALUE $12,428.00** | | | | 12,428.00 | 0.00 |

<u>0</u>    continuation sheets
         attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $    202,453.00 | $    0.00 |
| $    202,453.00 | $    0.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re   **Rudolf Frank Fabian   Lisa Fabian** _____,          Case No. _____
                                                 Debtors                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re    **Rudolf Frank Fabian    Lisa Fabian**                                          Case No. _____
Debtors                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Domestic Support Obligations

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **03D8192**<br>**Teresa Fabian**<br>**17396 - 69th Avenue**<br>**Apt 3B**<br>**Tinley Park, Illinois** | | | **06/24/2007**<br>**child support** | | | | 5,618.60 | 5,618.60 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $    **5,618.60** | $    **5,618.60** | $    **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $    **5,618.60** | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $    **5,618.60** | $    **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Rudolf Frank Fabian   Lisa Fabian**                    Case No. _____
                                    Debtors                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   8038<br><br>**Allied Interstate**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH  43231** | | | 10/01/2007<br><br>debt | | | | 750.15 |
| ACCOUNT NO.   7179<br><br>**Ambrose Laureen MDSC**<br>**c/o Keynote Consulting, Inc**<br>**220 W. Campus Dr., #102**<br>**Arlington Heights, IL  60004** | | | 10/14/2009<br><br>medical | | | | 360.00 |
| ACCOUNT NO.   3772 627985 71007<br><br>**American Express**<br>**Box 297879**<br>**Ft. Lauderdale, FL  33329-7879** | | | 06/01/2007<br><br>credit card | | | | 5,291.00 |
| ACCOUNT NO.   16788033447<br><br>**American General Finance**<br>**c/o Capital Management Services, LP**<br>**726 Exchange Street, Ste #700**<br>**Buffalo, NY  14210** | | | 06/01/2005<br><br>debt | | | | 1,275.00 |

__11__   Continuation sheets attached

Subtotal  >   $          7,676.15

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Rudolf Frank Fabian   Lisa Fabian_____   Case No. _____
                    Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  31242 <br><br>AMSURG Surgerny Center <br>c/o Transworld Systems <br>P.O. Box 1864 <br>Santa Rosa, CA  95402 <br><br>AMSURG Surgery Center <br>998 -- 129th Infantry Drive <br>Joliet, IL  60435 | | | 06/01/2008 <br><br>medical | | | | 139.32 |
| ACCOUNT NO.  2847xxx <br><br>AT & T <br>c/o Asset Acceptance, LLC <br>P.O.Box 2036 <br>Warren, MI  48090 | | | 11/01/2006 <br><br>telephone debt | | | X | 289.00 |
| ACCOUNT NO.  1644xxx <br><br>Bally Total Fitness Corp <br>c/o Asset Acceptance, LLC <br>P.O. Box 2036 <br>Warren, MI  48090 | | | 01/01/2004 <br><br>health club debt | | | X | 2,216.00 |
| ACCOUNT NO.  6048 <br><br>Bank One Primary <br>c/o Creditors Interchange <br>P.O. Box 2270 <br>Buffalo, NY  14240 | | | 10/01/2007 <br><br>debt | | | | 9,387.99 |

Sheet no. _1_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                12,032.31

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rudolf Frank Fabian   Lisa Fabian** _____   Case No. _____
                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   7001 1911 5202 4908<br><br>**Best Buy Retail Services**<br>P.O.Box 17298<br>Baltimore, MD  21297 | | | 06/01/2005<br><br>credit card | | | | 2,177.32 |
| ACCOUNT NO.   010109<br><br>**Brenda R. Narcelles, MD**<br>7060 West Centennial Drive<br>Suite 106<br>Tinley Park, IL  60477 | | | 01/02/2009<br><br>medical | | | | 285.00 |
| ACCOUNT NO.   AH 100130<br><br>**Cardiology Interpretation II**<br>2801 Black Ste 102 #115<br>Joliet, IL  60435 | | | 06/26/2008<br><br>medical | | | | 1.20 |
| ACCOUNT NO.   137940<br><br>**Carefree Lawn Sprinklers, Inc**<br>22049 S. Howell Dr<br>New Lenox, IL  60451<br><br><br>**Transworld Systems**<br>P.O.Box 1864<br>Santa Rosa, CA  95402 | | | 08/31/2008<br><br>lawn maintenance | | | | 219.87 |

Sheet no. 2 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                    2,683.39

Total  >  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rudolf Frank Fabian   Lisa Fabian**                              Case No. _____
                                   **Debtors**                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **64317** <br><br> **Central Professional Group** <br> **210 N. Hammes ste 103** <br> **Joliet, IL  60435** <br><br><br> **Collection Professionals, Inc** <br> **723 First Street** <br> **LaSalle, IL  61301-2535** | | | 10/12/2008 <br><br> medical debt | | | | 31.25 |
| ACCOUNT NO. **861R222xxxx** <br><br> **Charter One Bank** <br> **c/o RJM Acq LLC** <br> **575 Underhill Blvd, Ste 2** <br> **Syosset, NY  11791** | | | 12/01/2005 <br><br> unknown debt | | | X | 622.00 |
| ACCOUNT NO. **4266 8411 6978 2586** <br><br> **Chase CardMember Services** <br> **P.O. Box 15153** <br> **Wilmington, DE  19886** <br><br><br> **Financial Asset Management Systems, Inc** <br> **P.O. Box 451409** <br> **Atlanta, GA  31145** | | | 06/01/2007 <br><br> credit card | | | | 6,559.52 |
| ACCOUNT NO. **4266 8410 7285 6048** <br><br> **Chase CardMember Services** <br> **P.O. Box 15153** <br> **Wilmington, DE  19886** | | | 06/01/2005 <br><br> credit card | | | | 7,115.42 |

Sheet no. _3_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **14,328.19**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rudolf Frank Fabian   Lisa Fabian** _____    Case No. _____
                          **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   08-200407 <br><br>**City of Aurora**<br>**P.O. box 457**<br>**Wheeling, IL  60090**<br><br><br>**Receivables Management Inc**<br>**P.O.Box 1022**<br>**Wixom, MI 48393-1022** | | | 08/06/2008<br><br>medical | | | | 96.86 |
| ACCOUNT NO.   930P <br><br>**City of Joliet**<br>**P.O. Box 457**<br>**Wheeling, IL  60090** | | | 06/26/2008<br><br>medical | | | | 102.56 |
| ACCOUNT NO.   6407 <br><br>**Comcast**<br>**c/o Credit Protection Assoc, LP**<br>**13355 Noel Road**<br>**Dallas, TX  75240**<br><br>**Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA  19398-3002** | | | 06/01/2008<br><br>cable | | | | 122.50 |
| ACCOUNT NO.   8042 <br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL  60197** | | | 06/01/2009<br><br>utility | | | | 248.15 |

Sheet no. _4_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▶  $  |  570.07

Total  ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Rudolf Frank Fabian   Lisa Fabian_____     Case No. _____
Debtors                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    02M1179446<br><br>**Empress Casion Joliet**<br>**Joliet, Illinois** | | | 05/01/2003<br><br>unknown debt | | | X | 4,650.00 |
| ACCOUNT NO.    009628<br><br>**Essington Family Dental Care**<br>**692 Essington Road, Ste A**<br>**Joliet, IL  60435** | | | 12/09/2008<br><br>medical | | | | 125.60 |
| ACCOUNT NO.    2618165<br><br>**Ice Mountain Spring Wate**<br>**c/o Caine & Weiner**<br>**21210 Erwin St.**<br>**Woodland Hills, CA  91367** | | | 02/01/2007<br><br>unknown debt | | | X | 213.00 |
| ACCOUNT NO.<br><br>**IDAPP**<br>**181 Montour Run Road**<br>**Coraopolis, PA  15108**<br><br><br>**U.S. Dept of Education**<br>**Litigation Support**<br>**50 Beale Street**<br>**Suite 8629**<br>**San Francisco, CA  94105**<br><br>**American Education Services**<br>**Harrisburg, PA  17130** | | | 06/01/2005<br><br>student loan | | | | 3,278.17 |

Sheet no. _5_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    8,266.77

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rudolf Frank Fabian   Lisa Fabian** _____     Case No. _____
                                    Debtors                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3D819xxxx<br><br>Il Dept of Healthcare<br>509  S. 6th St.<br>Springfield, IL  62701 | | | 02/01/2007<br><br>debt | | | X | 2,064.00 |
| ACCOUNT NO.  Brody 143111<br><br>L Claude Aschinberg, MD<br>114 Barney Dr<br>Joliet, IL  60435 | | | 01/26/2009<br><br>medical | | | | 127.70 |
| ACCOUNT NO.  8612213601xxx<br><br>LA Tan - Sona Orland Tan, Inc<br>c/o Check Assist<br>P.O.Box 11128<br>Pensacola, FL  32524 | | | 11/01/2003<br><br>unknown debt | | | X | 60.00 |
| ACCOUNT NO.  697800 001 799 4729<br><br>Lane Bryant<br>P.O.Box 856132<br>Louisville, KY  40285-6132 | | | 06/01/2005<br><br>credit card | | | | 140.79 |
| ACCOUNT NO.  JANL1000<br><br>Lauren L. Ambrose, MD SC<br>15300 West Avenue, Ste 205<br>Orland Park, IL  60462 | | | 01/01/2009<br><br>medical | | | | 460.00 |

Sheet no. _6_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $     2,852.49

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rudolf Frank Fabian  Lisa Fabian**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1000001502 <br><br>**Maternal Fetal Medicine Consu of Ill** <br>P.O. Box 566 <br>Tinley Park, IL  60477 | | | 11/29/2008 <br><br>medical | | | | 13.90 |
| ACCOUNT NO.   F000079381 <br><br>**Medical Business Bureau, LLC** <br>P.O.Box 1219 <br>Park Ridge, IL  60068-7219 | | | 05/19/2009 <br><br>medical | | | | 82.50 |
| ACCOUNT NO.   10910068466 <br><br>**Nationalwide Credit & Collection** <br>9919  W. Roosevelt Road <br>Westchester, IL  60154 <br><br><br>**Loyola University Health System** <br>c/o National Credit & Collection <br>9919 W. Roosevelt Rd <br>Westchester, IL  60154 | | | unknown debt | | | X | 0.00 |
| ACCOUNT NO.   H15 99123 <br><br>**Palos Anesthesia Assoc, PC** <br>P.O. Box 239D <br>Park Ridge, IL  60068 | | | 01/01/2009 <br><br>medical | | | | 82.50 |

Sheet no. _7_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  | 178.90

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rudolf Frank Fabian   Lisa Fabian**                          Case No. _____
                                    **Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   X114263106<br><br>**Palos Community Hospital**<br>**12251 S. 80th Ave**<br>**Palos Heights, IL  60463** | | | 12/23/2008<br><br>medical<br><br>see also: H115575649 | | | | 370.00 |
| ACCOUNT NO.   141 1 0000881849<br><br>**Palos Pathology Assoc., Ltd**<br>**520 E. 22nd St.**<br>**Lombard, IL  60148** | | | 01/02/2009<br><br>medical<br><br>see also:  141 1 0000881829 | | | | 30.65 |
| ACCOUNT NO.   202846<br><br>**Pathology Consultants of Chicago, LTD**<br>**P.O. Box 88493**<br>**Chicago, IL  60680-1493** | | | 06/01/2008<br><br>medical | | | | 43.80 |
| ACCOUNT NO.   32832577-23-19901<br><br>**Prairie Emergency Physician**<br>**P.O. Box 635225**<br>**Cincinnati, OH  45263-0043** | | | 07/31/2008<br><br>medical | | | | 8.00 |

Sheet no. _8_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                                              452.45



Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rudolf Frank Fabian   Lisa Fabian** _____   Case No. _____

Debtors                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   DE0026767268 **Provena St. Joseph Medical Center** 75 Remittance Dr, Ste 1366 Chicago, IL  60675  **MiraMed Revenue Group, LLC** P.O.Box 536 Linden, MI  48451-0536 | | | 11/01/2008 medical | | | | 50.00 |
| ACCOUNT NO.   0822 **Spring Hill Nursery Center** P.O. Box 329 Harrison, OH  45030-0329 | | | 10/01/2009 debt | | | | 71.92 |
| ACCOUNT NO.   07M6005037 **T & E Warehouse** 14600 Kilpatrick AVenue Midlothian, Illinois | | | 12/01/2007 unknown debt | | | X | 6,600.00 |

Sheet no. _9_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $   6,721.92

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rudolf Frank Fabian   Lisa Fabian**                                    Case No. _____
                                  _____
                              **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6465** <br><br> **TCF Bank** <br> **800 Burr Ridge Parkway** <br> **Burr Ridge, IL  60527** <br><br><br> **ACC International** <br> **1175 Devin Dr, Ste 128** <br> **Norton Shores, MI  49441** <br><br> **ACC International** <br> **ACC Building** <br> **919 Estes Court** <br> **Schaumburg, IL  60193** | | | 06/01/2009 <br><br> bank fees | | | | 35.00 |
| ACCOUNT NO.   **6035 3201 8609 3249** <br><br> **The Home Depot** <br> **Processing Center** <br> **Des Moines, IA  50364** <br><br><br> **Capital Management Services, LP** <br> **726 Exchange Street** <br> **Suite 700** <br> **Buffalo, NY  14210** | | | 06/01/2005 <br><br> credit card | | | | 272.94 |
| ACCOUNT NO.   **4427004555** <br><br> **Wells Fargo Financial National BAnk** <br> **800 Walnut St., F4030-04C** <br> **Des Moines, IA  50309** | | | 06/01/2008 <br><br> credit card | | | | 897.50 |

Sheet no. <u>10</u> of <u>11</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          1,205.44

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rudolf Frank Fabian   Lisa Fabian**                          Case No. _____
_____
Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   242294<br><br>**Wil County Medical Associates**<br>**2100 Glenwood Ave**<br>**Joliet, IL  60435**<br><br><br>**Harvard Collection Services, Inc**<br>**4839 North Elston Avenue**<br>**Chicago, IL  60630** | | | 07/30/2008<br><br>medical | | | | 40.60 |
| ACCOUNT NO.   1-9449793861<br><br>**XMRadio**<br>**c/o EOS CCA**<br>**P.O. Box 567**<br>**Norwell, MA  02061-0567** | | | 06/01/2009<br><br>Satellite radio | | | | 49.19 |

Sheet no. <u>11</u> of <u>11</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                89.79

Total  >  $            57,057.87

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **Rudolf Frank Fabian    Lisa Fabian** _____,        Case No. _____
                    **Debtors**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **Rudolf Frank Fabian    Lisa Fabian**                              Case No. _____
_____,                                              (If known)
                        **Debtors**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Rudolf Frank Fabian Lisa Fabian**       Case No. _____

               Debtors                                  (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **son** | AGE(S): **1** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **unemployed** | **clerical** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 2,262.00 | $ 3,466.67 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,262.00 | $ 3,466.67 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 292.50 | $ 524.64 |
| b. Insurance | $ 0.00 | $ 71.80 |
| c. Union dues | $ 0.00 | $ 46.00 |
| d. Other (Specify)  **Child Support** | $ 717.59 | $ 0.00 |
| **Deferred Comp** | $ 0.00 | $ 119.17 |
| **Life Insurance** | $ 0.00 | $ 17.33 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,010.09 | $ 778.94 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,251.91 | $ 2,687.73 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ -165.60 |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ (165.60) |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,251.91 | $ 2,522.13 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,774.03 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

B6I (Official Form 6I) (12/07) - Cont.

In re  __Rudolf Frank Fabian  Lisa Fabian__                          Case No.  _____
                                Debtors                                        **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

__NONE__

B6J (Official Form 6J) (12/07)

In re **Rudolf Frank Fabian Lisa Fabian**                              ,          Case No. _____
                                          **Debtors**                                                  **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---:|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 300.00 |
|    a. Are real estate taxes included? Yes ✓ No _____ | | | |
|    b. Is property insurance included? Yes ✓ No _____ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 0.00 |
|    b. Water and sewer | | $ | 0.00 |
|    c. Telephone | | $ | 80.00 |
|    d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 150.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 140.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|    a. Homeowner's or renter's | | $ | 0.00 |
|    b. Life | | $ | 0.00 |
|    c. Health | | $ | 0.00 |
|    d. Auto | | $ | 103.00 |
|    e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|    a. Auto | | $ | 258.00 |
|    b. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 662.40 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 1,693.40 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---:|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
|    a. Average monthly income from Line 15 of Schedule I | | $ | 1,251.91 |
|    b. Average monthly expenses from Line 18 above | | $ | 1,693.40 |
|    c. Monthly net income (a. minus b.) | | $ | -441.49 |

B6J (Official Form 6J) (12/07) - Cont.

In re **Rudolf Frank Fabian Lisa Fabian**                                          Case No. _____
                                    **Debtors**                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

**SPOUSE**

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 250.00 |
|    a. Are real estate taxes included?  Yes _____  No ✓ | | | |
|    b. Is property insurance included?  Yes _____  No ✓ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 95.00 |
|    b. Water and sewer | | $ | 0.00 |
|    c. Telephone | | $ | 55.00 |
|    d. Other _____ | | $ | 0.00 |
| 3. Home Maintenance (Repairs and upkeep) | | $ | 50.00 |
| 4. Food | | $ | 300.00 |
| 5. Clothing | | $ | 25.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|    a. Homeowner's or renter's | | $ | 0.00 |
|    b. Life | | $ | 0.00 |
|    c. Health | | $ | 70.00 |
|    d. Auto | | $ | 75.00 |
|    e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|    a. Auto | | $ | 426.00 |
|    b. Other **Student Loan** | | $ | 96.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other **Child Care** | | $ | 600.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,442.00 |

19. Describe any increase or decrease in expenditures reasonably anticipate to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 15 of Schedule I | $ | 2,522.13 |
|    b. Average monthly expenses from Line 18 above | $ | 2,442.00 |
|    c. Monthly net income (a. minus b.) | $ | 80.13 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Rudolf Frank Fabian   Lisa Fabian** _____          Case No. _____
                                        **Debtors**                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **28** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _Rudolf F. Fabian_____
                                                    **Rudolf Frank Fabian**
                                                                      Debtor

Date: _____          Signature: _Lisa Fabian_____
                                                    **Lisa Fabian**
                                                                      (Joint Debtor, if any)

                                        [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

George P Galanos   11556-45
George P Galanos
Attorney at Law
700 West Washington Street
Suite #700
Chicago, Illinois  60602

Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In Re:
Debtor:  **Rudolf Frank Fabian**
Social Security Number:  **3730**

Joint Debtor:  **Lisa Fabian**
Social Security Number:  **6407**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | **Allied Interstate**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH  43231** | **Unsecured Claims** | **$   750.15** |
| 2. | **Ambrose Laureen MDSC**<br>**c/o Keynote Consulting, Inc**<br>**220 W. Campus Dr., #102**<br>**Arlington Heights, IL  60004** | **Unsecured Claims** | **$   360.00** |
| 3. | **American Express**<br>**Box 297879**<br>**Ft. Lauderdale, FL  33329-7879** | **Unsecured Claims** | **$  5,291.00** |
| 4. | **American General Finance**<br>**c/o Capital Management Services, LP**<br>**726 Exchange Street, Ste #700**<br>**Buffalo, NY  14210** | **Unsecured Claims** | **$  1,275.00** |
| 5. | **AMSURG Surgerny Center**<br>**c/o Transworld Systems**<br>**P.O. Box 1864**<br>**Santa Rosa, CA  95402** | **Unsecured Claims** | **$   139.32** |

In re:   **Rudolf Frank Fabian**                                      Case No. _____
**Lisa Fabian**

| | | | | |
|---|---|---|---|---|
| 6. | **AT & T**<br>**c/o Asset Acceptance, LLC**<br>**P.O.Box 2036**<br>**Warren, MI  48090** | **Unsecured Claims** | $ | 289.00 |
| 7. | **Bally Total Fitness Corp**<br>**c/o Asset Acceptance, LLC**<br>**P.O. Box 2036**<br>**Warren, MI  48090** | **Unsecured Claims** | $ | 2,216.00 |
| 8. | **Bank One Primary**<br>**c/o Creditors Interchange**<br>**P.O. Box 2270**<br>**Buffalo, NY  14240** | **Unsecured Claims** | $ | 9,387.99 |
| 9. | **Best Buy Retail Services**<br>**P.O.Box 17298**<br>**Baltimore, MD  21297** | **Unsecured Claims** | $ | 2,177.32 |
| 10. | **Brenda R. Narcelles, MD**<br>**7060 West Centennial Drive**<br>**Suite 106**<br>**Tinley Park, IL  60477** | **Unsecured Claims** | $ | 285.00 |
| 11. | **Cardiology Interpretation II**<br>**2801 Black Ste 102 #115**<br>**Joliet, IL  60435** | **Unsecured Claims** | $ | 1.20 |
| 12. | **Carefree Lawn Sprinklers, Inc**<br>**22049 S. Howell Dr**<br>**New Lenox, IL  60451** | **Unsecured Claims** | $ | 219.87 |
| 13. | **Central Professional Group**<br>**210 N. Hammes ste 103**<br>**Joliet, IL  60435** | **Unsecured Claims** | $ | 31.25 |
| 14. | **Charter One Bank**<br>**c/o RJM Acq LLC**<br>**575 Underhill Blvd, Ste 2**<br>**Syosset, NY  11791** | **Unsecured Claims** | $ | 622.00 |

In re:   **Rudolf Frank Fabian**
**Lisa Fabian**

Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Chase**<br>**P.O.Box 78067**<br>**Phoenix, AZ  85062-8067** | **Secured Claims** | **$  13,210.00** |
| 16. | **Chase CardMember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE  19886** | **Unsecured Claims** | **$  7,115.42** |
| 17. | **Chase CardMember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE  19886** | **Unsecured Claims** | **$  6,559.52** |
| 18. | **CIT Mortgage**<br>**P.O. Box 183040**<br>**Columbus, OH  43218-3040** | **Secured Claims** | **$ 160,000.00** |
| 19. | **City of Aurora**<br>**P.O. box 457**<br>**Wheeling, IL  60090** | **Unsecured Claims** | **$     96.86** |
| 20. | **City of Joliet**<br>**P.O. Box 457**<br>**Wheeling, IL  60090** | **Unsecured Claims** | **$    102.56** |
| 21. | **Comcast**<br>**c/o Credit Protection Assoc, LP**<br>**13355 Noel Road**<br>**Dallas, TX  75240** | **Unsecured Claims** | **$    122.50** |
| 22. | **ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL  60197** | **Unsecured Claims** | **$    248.15** |
| 23. | **Empress Casion Joliet**<br>**Joliet, Illinois** | **Unsecured Claims** | **$  4,650.00** |

In re:   **Rudolf Frank Fabian**
**Lisa Fabian**

Case No. _____

| | | | |
|---|---|---|---|
| 24. | **Essington Family Dental Care**<br>**692 Essington Road, Ste A**<br>**Joliet, IL  60435** | Unsecured Claims | $   125.60 |
| 25. | **GMAC Auto**<br>**P.O.Box 9001951**<br>**Louisville, KY  40290** | Secured Claims | $ 16,815.00 |
| 26. | **Ice Mountain Spring Wate**<br>**c/o Caine & Weiner**<br>**21210 Erwin St.**<br>**Woodland Hills, CA  91367** | Unsecured Claims | $   213.00 |
| 27. | **IDAPP**<br>**181 Montour Run Road**<br>**Coraopolis, PA  15108** | Unsecured Claims | $ 3,278.17 |
| 28. | **Il Dept of Healthcare**<br>**509 S. 6th St.**<br>**Springfield, IL  62701** | Unsecured Claims | $ 2,064.00 |
| 29. | **L Claude Aschinberg, MD**<br>**114 Barney Dr**<br>**Joliet, IL  60435** | Unsecured Claims | $   127.70 |
| 30. | **LA Tan - Sona Orland Tan, Inc**<br>**c/o Check Assist**<br>**P.O.Box 11128**<br>**Pensacola, FL  32524** | Unsecured Claims | $    60.00 |
| 31. | **Lane Bryant**<br>**P.O.Box 856132**<br>**Louisville, KY  40285-6132** | Unsecured Claims | $   140.79 |
| 32. | **Lauren L. Ambrose, MD SC**<br>**15300 West Avenue, Ste 205**<br>**Orland Park, IL  60462** | Unsecured Claims | $   460.00 |

In re:   **Rudolf Frank Fabian**
**Lisa Fabian**

Case No. _____

| | | |
|---|---|---|
| 33. | **Maternal Fetal Medicine Consu of Ill**<br>P.O. Box 566<br>Tinley Park, IL  60477 | **Unsecured Claims** | $  13.90 |
| 34. | **Medical Business Bureau, LLC**<br>P.O.Box 1219<br>Park Ridge, IL  60068-7219 | **Unsecured Claims** | $  82.50 |
| 35. | **Nationalwide Credit & Collection**<br>9919  W. Roosevelt Road<br>Westchester, IL  60154 | **Unsecured Claims** | $  0.00 |
| 36. | **Palos Anesthesia Assoc, PC**<br>P.O. Box 239D<br>Park Ridge, IL  60068 | **Unsecured Claims** | $  82.50 |
| 37. | **Palos Community Hospital**<br>12251 S. 80th Ave<br>Palos Heights, IL  60463 | **Unsecured Claims** | $  370.00 |
| 38. | **Palos Pathology Assoc., Ltd**<br>520 E. 22nd St.<br>Lombard, IL  60148 | **Unsecured Claims** | $  30.65 |
| 39. | **Pathology Consultants of Chicago, LTD**<br>P.O. Box 88493<br>Chicago, IL  60680-1493 | **Unsecured Claims** | $  43.80 |
| 40. | **Prairie Emergency Physician**<br>P.O. Box 635225<br>Cincinnati, OH  45263-0043 | **Unsecured Claims** | $  8.00 |
| 41. | **Provena St. Joseph Medical Center**<br>75 Remittance Dr, Ste 1366<br>Chicago, IL  60675 | **Unsecured Claims** | $  50.00 |

In re:    **Rudolf Frank Fabian**                              Case No. _____
**Lisa Fabian**

| | | | |
|---|---|---|---|
| 42. | **Spring Hill Nursery Center**<br>**P.O. Box 329**<br>**Harrison, OH  45030-0329** | **Unsecured Claims** | $    71.92 |
| 43. | **T & E Warehouse**<br>**14600 Kilpatrick AVenue**<br>**Midlothian, Illinois** | **Unsecured Claims** | $  6,600.00 |
| 44. | **TCF Bank**<br>**800 Burr Ridge Parkway**<br>**Burr Ridge, IL  60527** | **Unsecured Claims** | $    35.00 |
| 45. | **Teresa Fabian**<br>**17396 - 69th Avenue**<br>**Apt 3B**<br>**Tinley Park, Illinois** | **Priority Claims** | $  5,618.60 |
| 46. | **The Home Depot**<br>**Processing Center**<br>**Des Moines, IA  50364** | **Unsecured Claims** | $   272.94 |
| 47. | **Total Finance, LLC**<br>**2917 West Irving Park Road**<br>**Chicago, IL  60618-3511** | **Secured Claims** | $ 12,428.00 |
| 48. | **Wells Fargo Financial National BAnk**<br>**800 Walnut St., F4030-04C**<br>**Des Moines, IA  50309** | **Unsecured Claims** | $   897.50 |
| 49. | **Wil County Medical Associates**<br>**2100 Glenwood Ave**<br>**Joliet, IL  60435** | **Unsecured Claims** | $    40.60 |
| 50. | **XMRadio**<br>**c/o EOS CCA**<br>**P.O. Box 567**<br>**Norwell, MA  02061-0567** | **Unsecured Claims** | $    49.19 |

In re:    **Rudolf Frank Fabian**                                    Case No. _____
          **Lisa Fabian**

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Rudolf Frank Fabian**, and I, **Lisa Fabian**, named as debtors in this case, declare under penalty of perjury that we have
read the foregoing Numbered Listing of Creditors, consisting of **6 sheets** (not including this declaration), and that it is true and
correct to the best of our information and belief.


Signature: _____
           **Rudolf Frank Fabian**

Dated: _____

Signature: _____
           **Lisa Fabian**

Dated: _____

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:  **Rudolf Frank Fabian   Lisa Fabian**                                     Case No. _____

Debtors                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 26,318.00 | **income - 2006** | **2006** |
| 66,474.00 | **income - 2007** | **2007** |
| 34,205.00 | **income - 2008 – Husband** | **2008** |
| 42,923.00 | **income - 2008 – Wife** | **2008** |

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Total Finance, LLC**<br>**2917 West Irving Park Road**<br>**Chicago, IL  60618-3511** | **12/01/2009** | **wages** |

## 5.  Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **George P Galanos Attorney at Law 700 West Washington Street Suite #700 Chicago, Illinois  60602** | | **1,500.00** |

4

## 10. Other transfers

None ☑
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Div of Child Support Enforcement**<br>**Data Gathering Unit**<br>**P.O. Box 19152**<br>**Springfield, IL  62794-9152** | **02/20/2009** | **1,312.00** |
| **Illinois Department of Revenue**<br>**Springfiled, IL** | **02/17/2009** | **20.00** |

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
☑     Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☑     respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☑     and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑     U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature     _____
of Debtor     **Rudolf Frank Fabian**

Date _____     Signature     _____
of Joint Debtor  **Lisa Fabian**
(if any)

Form 8
(10/05)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re:   **Rudolf Frank Fabian   Lisa Fabian**

Debtors

Case No. _____

Chapter   7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☑  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. **2002 Chevy Avalange** | **Chase** | | | | X |
| 2. **1600 Marquette Road, Joliet, Will County, Illinois** | **CIT Mortgage** | | | | X |
| 3. **2007 Chevy Impala** | **GMAC Auto** | | | | X |
| 4. **2005 Buick Terraza** | **Total Finance, LLC** | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **None** | | |

_____
**Rudolf Frank Fabian**
Signature of Debtor            Date

_____
**Lisa Fabian**
Signature of Joint Debtor (If any)      Date

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:   **Rudolf Frank Fabian**          **Lisa Fabian**          Case No. _____

Debtors                              Chapter    **7**   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                               $          **1,500.00**

   Prior to the filing of this statement I have received                     $          **1,500.00**

   Balance Due                                                               $             **0.00**

2. The source of compensation paid to me was:

   ☑ Debtor               ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor               ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____
George P Galanos, Bar No. 11556-45

**George P Galanos**
Attorney for Debtor(s)

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201                                                                                              Page 2

**Chapter 11**: **Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

George P Galanos
Printed Name of Attorney                    Signature of Attorney                    Date

Address:

**George P Galanos**
**Attorney at Law**
**700 West Washington Street**
**Suite #700**
**Chicago, Illinois  60602**

**Certificate of the Debtor**

We, the debtors, affirm that we have received and read this notice.

**Rudolf Frank Fabian**                      X _____
                                            **Rudolf Frank Fabian**
**Lisa Fabian**                             Signature of Debtor                    Date

Printed Name(s) of Debtor(s)                 X _____
                                            **Lisa Fabian**
Case No. (if known) _____          Signature of Joint Debtor            Date

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Bankruptcy Administrator has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of -
(1) the potential consequences of seeking a discharge in bankruptcy,
   including the effects on credit history;
(2) the effect of receiving a discharge of debts in bankruptcy;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the Bankruptcy
   Code.
There are many other provisions of the Bankruptcy Code that may affect your situation. This statement contains only general principles of law and is not a substitute for legal advice. If you have any questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed in your bankruptcy schedules. A discharge is a court order that says that you do not have to repay your debts, but there are a number of exceptions. Debts which usually may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; debts which were not listed in your bankruptcy schedules; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to repay debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy. There are exceptions to this general statement. See your lawyer if you have questions.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your bankruptcy petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court sixty (60) days after the first meeting of creditors.
Reaffirmation agreements are strictly voluntary. They are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt. This is particularly true when property you wish to retain is collateral for a debt.
Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues an order of discharge or within sixty (60) days after you filed the reaffirmation agreement with the court, whichever is later.
If you reaffirm a debt and fail to make the payments as required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any deficiency. In addition, creditors may seek other remedies, such as garnishment of wages.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtors must pay the chapter 13 trustee the amount set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

By signing below, I/we acknowledge that I/we have received a copy of this document, and that I/we have had an opportunity to discuss the information in this document with an attorney of my/our choice.

Date _____                     _____
                                                 Rudolf Frank Fabian

                                                 _____
                                                 Lisa Fabian

                                                 _____
                                                 George P Galanos

ACC International
ACC Building
919 Estes Court
Schaumburg, IL  60193


ACC International
1175 Devin Dr, Ste 128
Norton Shores, MI  49441


Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH  43231


Ambrose Laureen MDSC
c/o Keynote Consulting, Inc
220 W. Campus Dr., #102
Arlington Heights, IL  60004


American Education Services
Harrisburg, PA  17130


American Express
Box 297879
Ft. Lauderdale, FL  33329-7879


American General Finance
c/o Capital Management Services, LP
726 Exchange Street, Ste #700
Buffalo, NY  14210


AMSURG Surgerny Center
c/o Transworld Systems
P.O. Box 1864
Santa Rosa, CA  95402


AMSURG Surgery Center
998 -- 129th Infantry Drive
Joliet, IL  60435

```
AT & T
c/o Asset Acceptance, LLC
P.O.Box 2036
Warren, MI  48090


Bally Total Fitness Corp
c/o Asset Acceptance, LLC
P.O. Box 2036
Warren, MI  48090


Bank One Primary
c/o Creditors Interchange
P.O. Box 2270
Buffalo, NY  14240


Best Buy Retail Services
P.O.Box 17298
Baltimore, MD  21297


Brenda R. Narcelles, MD
7060 West Centennial Drive
Suite 106
Tinley Park, IL  60477


Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY  14210


Cardiology Interpretation II
2801 Black Ste 102 #115
Joliet, IL  60435


Carefree Lawn Sprinklers, Inc
22049 S. Howell Dr
New Lenox, IL  60451


Central Professional Group
210 N. Hammes ste 103
Joliet, IL  60435
```

```
Charter One Bank
c/o RJM Acq LLC
575 Underhill Blvd, Ste 2
Syosset, NY  11791




Chase
P.O.Box 78067
Phoenix, AZ  85062-8067




Chase CardMember Services
P.O. Box 15153
Wilmington, DE  19886




CIT Mortgage
P.O. Box 183040
Columbus, OH  43218-3040




City of Aurora
P.O. box 457
Wheeling, IL  60090




City of Joliet
P.O. Box 457
Wheeling, IL  60090




Collection Professionals, Inc
723 First Street
LaSalle, IL  61301-2535




Comcast
c/o Credit Protection Assoc, LP
13355 Noel Road
Dallas, TX  75240




Comcast
P.O. Box 3002
Southeastern, PA  19398-3002
```

ComEd
P.O. Box 6111
Carol Stream, IL   60197


Empress Casion Joliet
Joliet, Illinois


Essington Family Dental Care
692 Essington Road, Ste A
Joliet, IL   60435


Financial Asset Management Systems, Inc
P.O. Box 451409
Atlanta, GA   31145


GMAC Auto
P.O.Box 9001951
Louisville, KY   40290


Harvard Collection Services, Inc
4839 North Elston Avenue
Chicago, IL   60630


Ice Mountain Spring Wate
c/o Caine & Weiner
21210 Erwin St.
Woodland Hills, CA   91367


IDAPP
181 Montour Run Road
Coraopolis, PA   15108


Il Dept of Healthcare
509  S. 6th St.
Springfield, IL   62701

L Claude Aschinberg, MD
114 Barney Dr
Joliet, IL  60435


LA Tan - Sona Orland Tan, Inc
c/o Check Assist
P.O.Box 11128
Pensacola, FL  32524


Lane Bryant
P.O.Box 856132
Louisville, KY  40285-6132


Lauren L. Ambrose, MD SC
15300 West Avenue, Ste 205
Orland Park, IL  60462


Loyola University Health System
c/o National Credit & Collection
9919 W. Roosevelt Rd
Westchester, IL  60154


Maternal Fetal Medicine Consu of Ill
P.O. Box 566
Tinley Park, IL  60477


Medical Business Bureau, LLC
P.O.Box 1219
Park Ridge, IL  60068-7219


MiraMed Revenue Group, LLC
P.O.Box 536
Linden, MI  48451-0536


Nationalwide Credit & Collection
9919  W. Roosevelt Road
Westchester, IL  60154

Palos Anesthesia Assoc, PC
P.O. Box 239D
Park Ridge, IL   60068


Palos Community Hospital
12251 S. 80th Ave
Palos Heights, IL   60463


Palos Pathology Assoc., Ltd
520 E. 22nd St.
Lombard, IL   60148


Pathology Consultants of Chicago, LTD
P.O. Box 88493
Chicago, IL   60680-1493


Prairie Emergency Physician
P.O. Box 635225
Cincinnati, OH   45263-0043


Provena St. Joseph Medical Center
75 Remittance Dr, Ste 1366
Chicago, IL   60675


Receivables Management Inc
P.O.Box 1022
Wixom, MI   48393-1022


Spring Hill Nursery Center
P.O. Box 329
Harrison, OH   45030-0329


T & E Warehouse
14600 Kilpatrick AVenue
Midlothian, Illinois

TCF Bank
800 Burr Ridge Parkway
Burr Ridge, IL  60527


Teresa Fabian
17396 - 69th Avenue
Apt 3B
Tinley Park, Illinois


The Home Depot
Processing Center
Des Moines, IA  50364


Total Finance, LLC
2917 West Irving Park Road
Chicago, IL  60618-3511


Transworld Systems
P.O.Box 1864
Santa Rosa, CA  95402


U.S. Dept of Education
Litigation Support
50 Beale Street
Suite 8629
San Francisco, CA  94105


Wells Fargo Financial National BAnk
800 Walnut St., F4030-04C
Des Moines, IA  50309


Wil County Medical Associates
2100 Glenwood Ave
Joliet, IL  60435


XMRadio
c/o EOS CCA
P.O. Box 567
Norwell, MA  02061-0567

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                          Bankruptcy Case Number:
**Rudolf Frank Fabian**
**Lisa Fabian**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: _____

_____
**Rudolf Frank Fabian**
Debtor

_____
**Lisa Fabian**
Joint Debtor